CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/30/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

LYNCHBURG REPUBLICAN CITY COMMITTEE and VERONICA BRATTON,

      *Plaintiffs,*

v.

VIRGINIA DEPARTMENT OF ELECTIONS, STATE BOARD OF ELECTIONS, and SUSAN BEALS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE DEPARTMENT OF ELECTIONS,

      *Defendants.*

CASE NO. 6:25-cv-00029

ORDER

JUDGE NORMAN K. MOON

  The Lynchburg Republican City Committee and its chairperson, Veronica Bratton ("Plaintiffs"), bring this 42 U.S.C. § 1983 civil rights action against the Virginia Department of Elections, its Commissioner Susan Beals, and the State Board of Elections ("Defendants"). Plaintiffs challenge as unconstitutional the state's recently implemented elections statute, Virginia Code § 24.2-509(A), and seek declaratory and injunctive relief to invalidate the law and enjoin further enforcement by Defendants. *See* Dkt. 1 at 26 (Complaint). They also seeks a writ of mandamus requiring Commissioner Beals to accept their nomination without adhering to the challenged statute. *Id*. at 27. Defendants move to dismiss the complaint for lack of subject matter jurisdiction and failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Dkt. 8 (motion); Dkt. 9 (memorandum).

  As explained in the Court's accompanying memorandum opinion, the Court **GRANTS**

Defendants' motion to dismiss for lack of subject matter jurisdiction, Dkt. 8, pursuant to Rule 12(b)(1). The dismissal is made without prejudice. The case shall be stricken from the active docket of this Court.

The Clerk of Court shall send a copy of this Order to all counsel of record.

Entered this __30th__ day of July, 2025.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE